OPINION — AG — **** TURNPIKE AUTHORITY — ACQUISITION OF LAND **** THE OKLAHOMA TURNPIKE AUTHORITY IS SUBJECT TO THE TERMS OF 27 O.S. 1971 9-15 [27-9-15] PRESCRIBING POLICY FOR THE ACQUISITION AND CONDEMNATION OF LAND BY THE STATE, AND THAT THE PROVISIONS OF 69 O.S. 1971 1707 [69-1707] AND 69 O.S. 1971 1708 [69-1708] ARE EFFECTIVE INSOFAR AS THEY ARE NOT IN CONFLICT WITH OR CONTRADICTORY TO THE TERMS OF 27 O.S. 1971 9-15 [27-9-15] CITE: 27 O.S. 1971 9 [27-9], 69 O.S. 1971 1708 [69-1708](A), 27 O.S. 1971 10 [27-10], 27 O.S. 1971 12 [27-12] (MICHAEL TINNEY)